UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20141-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN DIAZ, et al

    Defendant.
_____/

## **ORDER**

THIS MATTER is before the Court on the Motion for Sentence Relief under the Federal Prison Bureau Non-violent Relief Act of 2003 (DE# 117, 4/8/13) filed by the defendant. The government filed its response on April 29, 2013. See Government's Response to the Defendant's Motion for Sentence Relief (DE# 121, 4/29/13). The defendant did not file a reply. This matter is ripe for consideration.

The defendant pled guilty to the manufacture and possession with intent to distribute marijuana plants in violation of Title 21, United States Code, Section 841(a)(1). See Judgment in a Criminal Case (DE# 103 at 1, 10/2/12). The Court sentenced the defendant to a term of 60 months imprisonment and four years of supervised release for the instant offense. Id. at 2-3. The defendant is requesting early release from incarceration under the Federal Prison Bureau Non-violent Offender Relief Act of 2003.  See Motion for Sentence Relief under the Federal Prison Bureau Non-violent Relief Act of 2003 (DE# 117, 4/8/13). The government opposes the relief requested because this bill has not been enacted into law. See Government's

Response to the Defendant's Motion for Sentence Relief (DE# 121, 4/29/13). The defendant is not entitled to the relief requested. "Pending legislation provides no basis for the modification of a sentence. Only laws that have 'passed the House of Representatives and the Senate' and approved by the President of the United States are 'laws of the United States' made pursuant to the United States Constitution." United States v. Lara-Nausa, No. 98 Cr. 707-6(JFK), 2011 WL 2610559, at *1 (S.D. N.Y. Jun. 21, 2011) (quoting U.S. Const. art. I, § 7; U.S. Const. art. VI) (observing that "[t]he Federal Prison Bureau Nonviolent Offender Relief Act of 2003 is not a validly enacted federal law, but a bill on which neither house of the U.S. Congress voted."). Accordingly, it is

ORDERED AND ADJUDGED that the Motion for Sentence Relief under the Federal Prison Bureau Non-violent Relief Act of 2003 (DE# 117, 4/8/13) is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida this **13th** day of May, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Lenard
All counsel of record

Copies mailed by Chambers to:
Juan Diaz
99000-004
McRae Correctional Institution
Inmate Mail/Parcels
Post Office Drawer 30
McRae, GA 31055